**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Karyl J French<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4814<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_ \_ \_ \_<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |

United States Bankruptcy Court   District of New Jersey

Case number:   17–17946–JNP

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Karyl J French
aka Karyl J Hanratty

8/18/17

**By the court:**   Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                          United States Bankruptcy Court
                              District of New Jersey

In re:                                                        Case No. 17-17946-JNP
Karyl J French                                                Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                Page 1 of 2               Date Rcvd: Aug 18, 2017
                               Form ID: 318               Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2017.
db             +Karyl J French,    228 Karen Dr,    Williamstown, NJ 08094-2041
cr             +Steward Financial Services,    c/o Stark & Stark,    993 Lenox Drive,
                 Lawrenceville, NJ 08648-2316
516775961       Dr. Todd M. Gottlieb,    2005 Delsea Drive Plaza 47,    Franklinville Family & Cosmetic Dent,
                 Franklinville, NJ 08322-2534
516775962      +Financial Recoveries,    200 E Park Drive Ste 100,    Mount Laurel, NJ 08054-1297
516775965       IRS,   PO Box 725,    Special Procedures Function,    Springfield, NJ 7081
516775967      +Oberfrank and Perry,    34 S Broadway,    Pitman, NJ 08071-1434
516775968       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
516775969      +Perry Tax,   34 S. Broadway,    Pitman, NJ 08071-1434
516775970      +Rickart Collection Systemes,    575 Milltown Rd, Po Box 7242,    North Brunswick, NJ 08902-7242
516775974     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:    State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
516775971      +South Jersey Gas,    Po Box 577,   Attn: Mrs. DeMarco,    Hammonton, NJ 08037-0577
516775973       State Of New Jersey,    PO Box 951,   Dept Of Labor And Workforce Development,
                 Trenton, NJ 08625-0951
516775975      +Steward Financial Group,    PO Box 39,    Maple Shade, NJ 08052-0039
516775977      +VRM Mortgage Service,    C/O: Carlene Njoku,    4100 International Parkway, Suite 1000,
                 Carrollton, TX 75007-1900

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QBTHOMAS.COM Aug 18 2017 21:53:00      Brian Thomas,   Brian Thomas, Esq,
                 327 Central Avenue,    Suite 103,   Linwood, NJ 08221-2026
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 18 2017 21:49:59      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2017 21:49:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516775958       E-mail/Text: bknotices@conduent.com Aug 18 2017 21:50:14      ACS Wells Fargo,    501 Bleecker St,
                 Utica, NY 13501-2401
516775959      +E-mail/Text: bankruptcy@pepcoholdings.com Aug 18 2017 21:49:52      Atlantic City Electric,
                 5 Collins Drive Suite 2133,    Pepco Holdings Inc, Bankruptcy Division,
                 Penns Grove, NJ 08069-3600
516775960      +E-mail/Text: electronicbkydocs@nelnet.net Aug 18 2017 21:49:59      Dept Of Education/Nelnet,
                 121 S 13th Street,    Lincoln, NE 68508-1904
516775963      +E-mail/Text: bankruptcy.notices@hdfsi.com Aug 18 2017 21:50:08      Harley-Davidson Credit,
                 PO Box 21850,    Carson City, NV 89721-1850
516775964       EDI: IRS.COM Aug 18 2017 21:53:00      IRS,   PO Box 744,   Springfield, NJ 07081-0744
516775972      +EDI: SWCR.COM Aug 18 2017 21:53:00      Southwest Credit Systems,    5910 W Plano Pkwy Ste 100,
                 Plano, TX 75093-2202
516775976      +EDI: VERIZONWIRE.COM Aug 18 2017 21:53:00      Verizon Wireless,    P.O. Box 26055,
                 Minneapolis, MN 55426-0055
                                                                                             TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516775966*     +Irs,   P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                  Page 2 of 2                  Date Rcvd: Aug 18, 2017
                               Form ID: 318                 Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2017 at the address(es) listed below:
              Brian   Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jennifer D. Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,
               mdepietro@stark-stark.com
              John L. Laskey    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com,
               jgould@stark-stark.com
              R. A. Lebron    on behalf of Creditor    SECRETARY OF VETERANS AFFAIRS AND ITS SUCCESSORS AND
               ASSIGNS bankruptcy@feinsuch.com
              Seymour   Wasserstrum    on behalf of Debtor Karyl J French mylawyer7@aol.com,   ecf@seymourlaw.net
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```